Addendum

| Plaintiff and Case Name | Case Number | Docket Number to seal | Pleading to be sealed | Date Filed |
|---|---|---|---|---|
| WESTCHESTER COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06096 | 105 | Supplemental Amended Complaint | 9/29/2023 |
| CATTARAUGUS COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06103 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| CAYUGA COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06106 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| CHAUTAUQUA COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06108 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| CHEMUNG COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06109 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| CHENANGO COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06120 | 30 | Supplemental Amended Complaint | 9/29/2023 |
| CITY OF ITHACA, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06115 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| CITY OF KINGSTON, NY vs. Novartis, et al. | 7:23-cv-06126 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| CITY OF MOUNT VERNON, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06136 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| CLINTON COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06113 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| CORTLAND COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06121 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| ESSEX COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06097 | 34 | Supplemental Amended Complaint | 9/29/2023 |
| FRANKLIN COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06125 | 31 | Supplemental Amended Complaint | 9/29/2023 |

Addendum

| Plaintiff and Case Name | Case Number | Docket Number to seal | Pleading to be sealed | Date Filed |
|---|---|---|---|---|
| HAMILTON COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06129 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| LIVINGSTON COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06132 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| NIAGARA COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06104 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| ORLEANS COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06110 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| OSTEGO COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06112 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| PUTNAM COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06116 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| RENSSELAER COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06117 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| SARATOGA COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06119 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| SCHOHARIE COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06123 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| SCHUYLER COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06127 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| STEUBEN COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06107 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| TIOGA COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06098 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| TOMPKINS COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06114 | 32 | Supplemental Amended Complaint | 9/29/2023 |

Addendum

| Plaintiff and Case Name | Case Number | Docket Number to seal | Pleading to be sealed | Date Filed |
|---|---|---|---|---|
| TOWN OF AMHERST, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06118 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| TOWN OF CHEEKTOWAGA, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06124 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| WARREN COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06133 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| YATES COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06134 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| TOWN OF TONAWANDA, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06131 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| MADISON COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06135 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| GENESEE COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06128 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| TOWN OF LANCASTER, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06130 | 32 | Supplemental Amended Complaint | 9/29/2023 |